EC

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.

Christopher Figueroa
97 Rita Court
Whitehall, Ohio 43213

*Defendant(s)*

Case No. 2:26-mj-568

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 2026 to August 27, 2026 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. 2252 and 2252A | Transportation and Possession of Child Pornogrpahy by a Prior Convicted Sex Offender |

This criminal complaint is based on these facts:

See attached Affadavit by FBI SA Josh Saltar

❒ Continued on the attached sheet.

SALTAR.JOSH.A13U65E39 Digitally signed by SALTAR.JOSH.A13U65E39 Date: 2026.08.27 13:52:14 -04'00'

*Complainant's signature*

FBI SA Josh Saltar

*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 27, 2026

City and state: Columbus, Ohio

Kimberly A. Jolson
United States Magistrate Judge

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**In the matter of:**

| | | |
|---|---|---|
| | : | |
| **United States of America** | : | **Case No.:** 2:26-mj-568 |
| **v.** | : | |
| **Christopher Figueroa** | : | |
| **97 Rita Court** | : | **Magistrate Judge:** |
| **Whitehall, Ohio 43213** | : | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Josh Saltar (Your Affiant), a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I, Special Agent Josh Saltar (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§2252, 2252A –transportation, and possession of child pornography by a person with a prior conviction involving the sexual abuse of a minor. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Christopher **FIGUEROA** committed the violations listed above.

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been since October 2014. I am currently assigned to the Child Exploitation and Human Trafficking Task Force, Cincinnati Division, Columbus Resident Agency. I am primarily responsible for investigating internet crimes against children, including child pornography offenses and the online exploitation of children. During my career as a SA, I have participated in various investigations involving computer-related offenses and have executed numerous search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. I have worked with multiple international law enforcement agencies around the world, focusing on cyber-terrorism and terrorist financing through computer intrusions. I have also assisted on various cases and violations, ranging from violent crimes against children and white collar to healthcare fraud, counterintelligence, and counterterrorism.

3. As part of my duties as a Special Agent, I investigate criminal violations relating to child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have reviewed numerous examples of child

pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Prior to joining the FBI, I spent four years working as a civilian Intelligence Specialist for the U.S. Air Force at the National Air and Space Intelligence Center located at the Wright-Patterson Air Force Base, under both the cyber and counterspace squadrons, performing classified intel and reverse engineering duties. During my employment, I have received numerous forensic trainings with both the Department of Defense and Department of Justice, as well as from private sector security conferences. I have received multiple certifications in Windows, mobile, and memory forensics, as well as incident response and penetration testing, and am certified by the Department of Justice as a Digital Extraction Technician. I received my B.A. from Anderson University in computer science, with a focus on programming, artificial intelligence, and machine learning.

4. As a SA with the FBI, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

## **FACTS SUPPORTING PROBABLE CAUSE**

5. On or about August 26, 2026, your affiant received the following information from the Franklin County Sheriff's Office (FCSO) Internet Crimes Against Children Task Force (ICAC):

6. The National Center for Missing and Exploited Children (NCMEC) received CyberTipline Report #250469000 from Dropbox, Inc on July 15, 2026. The CyberTipline Report stated that two images of child pornography were uploaded to their infrastructure. The files can be described as:

- One image titled *006-01.jpg* which depicted a prepubescent girl, naked, sitting on the floor, genitals exposed with her legs spread apart, camera focused on her vagina.
- One image, titled *44.jpg* which depicted an image of two prepubescent girls naked, on their hands and knees, in a field, buttock and vagina exposed to the camera.

7. Dropbox provided the following information related to the account which did the uploads:

| | |
|---|---|
| Email Address: | cfigueroa4283@gmail.com |
| Screen/User Name: | Christopher Figueroa |
| IP Address: | 23.244.60.234 |

8. NCMEC provided this information to Ohio ICAC, who submitted a subpoena to Google for email address cfigueroa4283@gmail.com. Google provided the following information in the return:

| | |
|---|---|
| Name: | Christopher Figueroa |
| IP Address: | 23.244.60.234 |
| Recovery e-Mail: | keggers216@icloud.com |
| Recovery SMS: | +16149720969 [US] |

9. Ohio ICAC submitted a subpoena to Breezeline for IP address 23.244.60.234. Breezeline provided the following information in the return:

| | |
|---|---|
| Subscriber Name: | LIGHTHOUSE BEHAVIORAL HEALTH |
| Subscriber Address: | 97 RITA CT, WHITEHALL, OH 43213-1719 |
| Billing Name: | LIGHTHOUSE BEHAVIORAL HEALTH |
| Billing Address: | 4214 E MAIN ST COLUMBUS, OH 43213-3028 |
| Length of Service: | 10/25/2021 - Currently Active |

10. On August 12, 2026, law enforcement with the ICAC spoke with personnel from the FCSO Sex Offender Registry Unit (SORN) and got copies of FIGUEROA's offender report and registration duties.

11. From that file, law enforcement learned FIGUEROA was convicted on March 13, 2006 of one count of Sexual Battery and two counts of Gross Sexual Imposition, all felonies in the third degree, under case number 2005CR1713, in the Court of Common Pleas Stark County, Ohio (Canton, Ohio). The offense date was listed as September 1, 2004 and the underlying facts revealed FIGUEROA had sexually abused a four-year-old female. FIGUREOA was sentenced to four years' incarceration and was required to register as a Tier II Sex Offender.

12. While required to register as a Tier II sex offender, FIGUEROA was arrested and charged in the Northern District of Ohio for Possession of Child Pornography, in violation of 18 USC §2252A(a)(5)(B) under case number 5:16-cr-44. FIGUEROA was sentenced to 120 months incarceration and five year's supervised release on October 20, 2016. Upon release from the Bureau of Prisons, his supervised release was transferred to the Southern District of Ohio.

13. On August 13, 2026, detectives with ICAC again spoke with personnel from SORN concerning FIGUEROA. They learned FIGUEROA stayed at the residence of 97 Rita Court Columbus, OH 43213, a sober living residence for sex offenders. Lighthouse Behavior Health billing and main hotel residence is 4214 E. Main St. Columbus, OH 43213 the same address where the IP address uploads occurred. Law enforcement further learned convicted sex offenders are not allowed to stay at the hotel and are placed in residential neighborhoods throughout the county.

14. On August 19, 2026, detectives submitted a search warrant to Dropbox and Google. Return results from Google provided the following information related to the devices associated to the Google account:

| | |
|---|---|
| Make: | Samsung |
| Model: | SM-A166U |
| Serial Number: | R5GL52Q7EAK |
| Make: | Foxx |
| Model: | A67L |
| Serial number: | A67LM202508095275 |

15. Google also provided Google Voice subscriber information, which was attributed to FIGUEROA, as well as a photo with FIGUEROA's name on an Ohio Department of Job and Family Services document. Additional child pornography was also located in the Google account, including one file, titled *006-01-1m7nkajj8bi4i.jpg*, which depicted a prepubescent girl, naked, sitting on the floor, legs spread open, exposing her vagina. Camera focused on her genitals.

16. ICAC data system (IDS) deconfliction was conducted and two other NCMEC CyberTipline Reports were found which related to the cfigueroa4283@gmail.com account. The first CyberTipline Report #253902132 was received by NCMEC from Google on August 7, 2026. The CyberTipline Report stated that 24 child pornography files were uploaded to their infrastructure. Google provided the following information related to the account:

| | |
|---|---|
| Name: | Christopher Figueroa |
| Mobile Phones: | 614-508-3561 and 614-818-8632 |
| DOB: | 02/04/1983 |
| Email addresses: | cfigueroa4283@gmail.com (verified) and keggers216@icloud.com |

17. One of the files from CyberTipline Report #253902132 included a video titled *14ea9bde29a04a2b4d812d099b29f987-101-21 (1).mp4*, which was fifty-two seconds in duration, and depicted a video of a prepubescent girl, naked, laying on the floor, touching her vaginal and anal area with her hand.

18. The second CyberTipline Report #254843332 was received by NCMEC from Google on August 13, 2026. The CyberTipline Report stated that one child pornography file was uploaded to their infrastructure. Google provided the above information as the same information related to the account.

19. On August 21, 2026, detectives with ICAC called the Southern District of Ohio Probation Office. They were advised on who FIGUEROA's Probation Officer was and contacted that Probation Officer. During that conversation, they learned that FIGUEROA had a listed phone number of 614-818-8632 and that the last home contact with FIGUEROA had occurred on August 12, 2026. During said contact, FIGUEROA was directed to report to the Probation Office on August 18, 2026. He did not report until August 25, 2026.

20. On August 25, 2026, FIGUEROA reported to his Probation Officer, who advised law enforcement that FIGUEROA confirmed his phone number as 614-508-3561. FIGUEROA also confirmed the device attributed to that phone number belonged to him. FIGUEROA further confirmed he had a previous phone number of 614-818-8632 but, according to him, that phone number was associated to an old broken phone with a cracked screen.

21. On August 27, 2026, a Franklin County search warrant was obtained and executed for the person and residence of FIGUEROA. During the search, a Samsung Galaxy A16 was located in FIGUEROA's room with serial number R5GL52Q7EAK, which matched the device associated to the Google account noted above. During an on scene preview of that

device, on the home screen, a screenshot of video was observed which depicted a prepubescent female with an adult male inserting his penis into her mouth.

22. Based upon the foregoing, your affiant submits that there is probable cause to believe that Christopher FIGUEROA has committed the violations of 18 U.S.C. §§2252, 2252A – transportation, and possession of child pornography by a person with a prior conviction involving the sexual abuse of a minor. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Respectfully submitted,

Josh Saltar
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on August 27, 2026

Kimberly A. Jolson
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO